CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 21 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 5:09cr00028-3 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| LYLE DENNIS HAGER, III | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Hager's motion pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Hager has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** September 21, 2012.

/s/ Samuel G. Wilson
UNITED STATES DISTRICT JUDGE